**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 9, 2015

Hon. Johnathan Stone
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Mr. Luis Mendoza
TDC# 783576
Darrington Unit
59 Darrington Rd.
Rosharon, TX 77583

Re:     Cause No. 13-14-00705-CV
Tr.Ct.No. B-11-1548-CV-A
Style:   Luis Mendoza, TDCJ# 783576 v. Brad Livingston, et al.

Appellant's motion for suspension of Rule 38.1(k) in the above cause was this day CARRIED WITH THE CASE by this Court.

The Court is providing you with a copy of the clerk's record and reporter's record. Please note that your brief must contain record references. See TRAP 38.1(d),(g) & (i).

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch